# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157763

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC:  157763
                                  COA:  342361
                                  Grand Traverse CC:  2017-012676-FC

DEANDRE MARCUS JONES,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 26, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



a1217

Clerk